IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 18-CR-2058 CJW |
| Plaintiff, | ) | |
| | ) | DEFENDANT'S |
| vs. | ) | MOTION TO SEAL |
| | ) | |
| THOMAS J. BRENNAN, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant moves to file under seal a Motion to Continue Sentencing with Supporting Brief and Exhibits.

The Motion and Brief contain and discuss personal information relating to Defendant's military service and mental health. The exhibits contain military records pertaining to Defendant and other soldiers. Some of these records contain information about other soldiers which is not typically released by the Department of Defense without permission from the veteran or next of kin.

WHEREFORE, Defendant requests an order permitting him to file his Motion to Continue Sentencing, Supporting Brief and Exhibits under seal.

Respectfully submitted,
Thomas J. Brennan, Defendant

/s/ Andrew D. Strotman
Andrew D. Strotman, #18406
Berry Law Firm
6940 O Street, Suite 400
Lincoln, NE 68510
(402) 466-8444
Lawyers for Defendant

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served upon the AUSA using the CM/ECF system, which sent notification on this 2nd day of August 2019.

                                                                /s/ Andrew D. Strotman
                                                               Andrew D. Strotman, #18406