**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION**

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

TOM BRENNAN,

               Defendant.

No. 18-CR-2058 CJW

**ORDER DENYING
MOTION TO CONTINUE**

---

       The matter before the Court is defendant's Motion to Continue Sentencing.  (Doc. 30).

       This motion is **denied.**  The Court has set aside the entire day on August 16, 2019, to accommodate all counsel and defendants for these sentencing hearings.  If defendant anticipates his portion of the sentencing hearing will take 90 minutes, the Court is able to accommodate that as well on August 16, 2019.

       **IT IS SO ORDERED** this 5th day of August, 2019.

_____
C.J. Williams
United States District Judge
Northern District of Iowa